Anurag Tiwari
2250 Monroe St #129
Santa Clara, CA 95050

FILED
AUG 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EXHIBIT C

CASE No: C08 03988

EMC

# PETALUMA POLICE DEPARTMENT
## INVESTIGATIONS UNIT
## OPERATIONS ORDER

## OPERATION TITLE: ON LINE PREDATOR OPS

Dates and Times of Operations:
Friday August 25, 2006    1100-0300 hours
Saturday August 26, 2006  1200-0200 hours
Sunday August 27, 2006    1200-2200 hours

### I. SITUATION

Sexual predators using internet chat rooms to identify and meet children for sexual gratification is rapidly becoming a major concern to law enforcement. Typical suspects are adult males searching for sexual encounters with underage male and female victims. Suspects routinely contact potential victims using various Instant Messaging services and electronic mail. Suspects engage in chat that will turn sexual in a very short period of time. Quite often within minutes. Suspects can converse with children for up to several months while "grooming" their potential victims. Suspects will eventually arrange a meeting with the minor victim for the purpose of engaging in various forms of sex offenses.

Pervertedjustice.com is a volunteer watch dog group that monitors teen chat rooms in an attempt to identify and expose these suspects. The nationwide group consists of trained adults (hereinafter contributors) who enter internet chat rooms posing as minor children. Once contacted by an adult suspect, the contributor converses with them in an attempt to verify the suspect's intentions. If sexual contact is the goal of the suspect, the contributor will continue communications, eventually ending in an arranged meeting between the suspect and the minor child. Pervertedjustice.com will contact local law enforcement agencies to determine if the agency desires to arrest the suspect. If they are unable to obtain law enforcement cooperation, the contributor will arrange a video taped encounter as the suspect arrives at the designated location. The suspect is confronted and informed he has been communicating with an adult. Images of the suspect and copies of all correspondence are then posted to the website identifying the suspect.

In the event law enforcement joins with pervertedjustice.com, the suspect is taken into custody upon arrival at a designated meeting location. Pervertedjustice.com volunteers act as witnesses and agree to testify in court if needed.

1

## II. MISSION

To monitor and attempt to identify suspects who make an attempt to contact a minor with the intent of engaging in various forms of sexual gratification. To safely contact the suspect and arrest same upon his or her arrival at the pre-designated decoy residence. To identify and seize evidence related to the crime. To interview the suspect in a lawful manner and identify any subsequent investigative needs that exists. To safely deliver the suspect to Sonoma County Jail. To safely store the suspect's vehicle and identify any associates.

## III. EXECUTION

The event will be executed in the following manner: Perverted Justice personnel will maintain electronic and/or cellular telephone contact with a suspect that has previously expressed an interest in meeting a child for the purpose of engaging in forms of sexual gratification. The nature of these communications will have been previously reviewed by an assigned Detective and a member of the Sonoma County District Attorney's Office (time permitting). The situation will have been deemed appropriate for law enforcement follow up as outlined in this order. The suspect will be provided with the address of the decoy residence and the location will be monitored by assigned personnel in an undercover capacity until such time that the offender arrives. Assigned personnel will continuously maintain surveillance until the suspect enters the residence wherein the suspect will then meet with NBC Dateline personnel who will attempt to talk to the suspect about his intentions. When the suspect leaves the location, assigned personnel will then make contact with the suspect and safely affect an arrest. The suspect will be promptly removed from the location by a transport team who will then take the suspect to a booking and interview station nearby. Assigned personnel will immediately remove the suspect vehicle and detain any other persons who may be in the company of the suspect at the time of the arrest. The suspect, any person in the company of the suspect and the suspect's vehicle will be transported to the command post where they will be delivered to investigations personnel. Transport personnel will immediately return to the decoy house and resume the operation.

Prebooking will occur at the command post as well as evidence collection and storage of the suspect's vehicle. Investigators will interview the suspect. Any priority developments such as search warrant needs that cannot be delayed or other urgent off-site needs will be referred to Follow Up or Relief Team personnel.

A Deputy District Attorney will be on-hand to monitor case development and provide review and input as necessary.

Transport personnel will take suspects to Sonoma County Jail for booking.

2

### NBC DATELINE AND PERVERTEDJUSTICE.COM ROLE:

NBC Dateline and pervertedjustice.com will occupy a decoy residence located in Petaluma that provides easy access for suspects and a strategic response from monitoring investigators. Petaluma, Santa Rosa and Sonoma County Sheriff's detectives will approve the location of the decoy house prior to acquisition. Pervertedjustice.com personnel will supply all computer hardware/software to operate the computer sting from the location. Contributors will set up fictitious profile screen names acting as either male or female juveniles. All fictitious profiles will be of children thirteen years of age or younger. Contributors will enter various internet chat rooms and wait for suspects to initiate contact. Contributors will make certain the suspect believes he/she is corresponding with a person thirteen years of age or younger. Contributors will preserve any images acquired as a product of communications in a manner authorized by law. Per pervertedjustice.com policy, all suspects will be "verified" by a live telephone call with a second contributor. Contributors will provide the suspect with the address of the decoy house and arrange a time for the suspect to arrive.

Petaluma Police Department, Santa Rosa Police Department, Sonoma County Sheriff's Department and the State of California Department of Justice Sexual Predator Apprehension Team will provide sufficient personnel to take the suspects into custody upon their departure from the take down house. Suspects will be arrested for appropriate charges based on their specific conversations with contributors. PPD, SRPD, SCSO and DOJ Detectives will prepare arrest reports and search warrants where applicable, document all evidence, and facilitate the booking of suspects. All suspect vehicles will be towed using the Petaluma Police Departments rotation tow service.

Pervertedjustice.com personnel will provide documentation of all correspondence between the contributor and suspect.

NBC Dateline will document the electronic contact with suspects, the verbal verification with suspects, the arrival of suspects at decoy house, and the arrest of the suspect. Audio and video equipment will be utilized. Members of PPD Command Staff will monitor the activities of NBC Dateline video and audio personnel.

**Special Note:** Petaluma, Santa Rosa, Sonoma County Sheriff and D.O.J. detectives will maintain close visual surveillance of the arriving suspects. Other than video and audio surveillance, at no time will personnel from pervertedjustice.com or NBC Dateline participate in, or be involved in the physical arrest of any suspect. Law Enforcement personnel will not enter the residence unless an immediate emergency situation arises demanding such entry. In the event a critical incident develops within the decoy house, arrest team and surveillance team personnel will either enter and resolve the incident or establish a perimeter and await further instruction from command personnel. Petaluma Police Department will have S.W.A.T. and H.N.T. personnel standing by in the event a situation develops that demands a special teams response.
A member of Perverted Justice may decide to exit the decoy residence for the purpose of allowing a suspect to see that a potential victim is awaiting the suspect's arrival. The Perverted Justice decoy will maintain safe distance and will only appear outside the residence for the purpose of inviting the suspect into the house.
An actual minor child will not be used. All "decoys" will be adult volunteers from pervertedjustice.com utilizing fictitious screen names and profiles.

3

## IV. ADMINISTRATION

**Personnel Attire**

| Assignments | Uniform |
|---|---|
| PPD Incident Command | N/A |
| Investigations Team | Team attire |
| PPD Fixed Surveillance | N/A |
| Mobile Surveillance | Plain clothes w/ID ready |
| DOJ Relief Team | All available |
| PPD Booking and Transport | Uniformed |
| PPD Support Personnel | Uniformed |
| PPD Communications | N/A |

**Equipment**

PPD portable radios for SCSO, SRPD and DOJ personnel will be provided. Portables will be equipped with PPD Ch. 1, 3 and 4. Radios will have ear piece adaptors. All personnel should consider ear piece equipment or other appropriate communication equipment.

All personnel will attend pre-briefings where duty-specific equipment needs will be identified. All standard police safety equipment will be required for this operation.

**Vehicles**

Marked Petaluma Police cars will be available at the command post for emergency response needs. On duty marked units will be called in to supplement if needed

Unmarked Detective cars will utilized for transport of suspects

Unmarked undercover-type cars will be utilized by mobile surveillance team personnel as assigned

A Petaluma Police Surveillance van will be utilized by fixed surveillance team personnel

SCSO transport van and driver may be utilized for CJ transports depending on operational activity levels

SRPD command vehicle will be utilized for Incident Command Personnel and operational needs

4

An unmarked Class A recreational vehicle will be utilized for personnel breaks and meals

An unmarked Class C recreational vehicle will be utilized for personnel assigned to the arrest team

**Locations**

The COMMAND POST will be located at the PETALUMA AIRPORT Access to the Command Post is made from the Airport entrance on East Washington Street to Sky Ranch Drive. Proceed south on Sky Ranch Drive to the hanger gate where personnel will direct you further. Refer to Attachment I

The DECOY RESIDENCE is located at ▇ Castle Drive. Refer to Attachment I and II

The SUSPECT STAGING AREA is located at the corner of East Washington Street and Sonoma Mountain Parkway and will be described as the "empty church lot there". Refer to Attachment I

The ALTERNATE SUSPECT STAGING AREA is located at the Quik Stop convenience store at 1510 East Washington Street. Refer to Attachment I

## COMMAND, CONTROL AND COMMUNICATIONS

### On Scene Incident Commander

Lieutenant Dan Fish                                            Cell ▇

### Supervisors

### Surveillance, Arrest and Investigation Teams

Petaluma Police Sergeant Matt Stapleton            Cell ▇
Surveillance Day 3 / Arrest Day 2 / Investigations Day 1

Santa Rosa Police Sergeant John Noland            Cell ▇
Surveillance Day 1 / Arrest Day 3 / Investigations Day 2

Sonoma County Sheriff Sergeant Dennis OLeary    Cell ▇
Surveillance Day 2 / Arrest Day 1 / Investigations Day 3

5

**California Department of Justice**
**Sexual Predator Apprehension Team**
Supervisor Robert DeMiguel						Cell ███

**Priority Follow Up Team for PPD Investigations**
Petaluma Police Sergeant Dave Kahl					Cell ███

**Booking and Transport Teams – All Days**
Petaluma Police Sergeant Tim Lyons					Cell ███

**Relief Team – All Days**
Petaluma Police Sergeant Jim Stephenson				Cell ███

**On Duty Patrol Supervisors**
Captain David Sears							Cell ███
Refer to attached patrol schedules for daily patrol Sergeants

## Communications

Surveillance and Arrest Team		PPD Channel 3
Other radio traffic needs		PPD Channel 4 and/or cell phone

Bust Signal: (from Perverted Justice.com member in decoy residence)
███

Bust Signal with trouble: (from PervertedJustice.com member)
███

Emergency in house: (from any person in the decoy residence)
███

## Press Inquiries

All press inquiries will be directed to Petaluma Police Department
Press Relations Lieutenant: Danny Fish – 707.778.4530

A Petaluma Police contracted photographer will be on site at the
Command Post and will be taking photographs of operations throughout
the duration of the event.

6

## II. EMERGENCY INFORMATION

Petaluma Fire and Paramedic personnel will be briefed just prior to this operation so as to provide prompt emergency medical attention in the event such a situation develops. Directions from the decoy residence to the following medical facilities is noted below:

**PETALUMA VALLEY HOSPITAL**
400 North McDowell Boulevard
Petaluma CA  94954
707.778.1111

| Maneuvers | Distance | Maps |
|---|---|---|
| START  **1:** Start out going SOUTH on CASTLE DR toward JESTER CT. | 0.2 miles | Map |
| **2:** Turn RIGHT onto SONOMA MOUNTAIN PKWY. | 0.1 miles | Map |
| **3:** Turn LEFT onto RAINIER AVE. | 0.5 miles | Map |
| **4:** Turn LEFT onto RUSHMORE AVE. | 0.1 miles | Map |
| **5:** Turn RIGHT onto PROFESSIONAL DR. | 0.1 miles | Map |
| END  **6:** End at **1400 Professional Dr** Petaluma, CA 94954-5110, US | | Map |

**Total Est. Time: 4 minutes    Total Est. Distance: 1.27 miles**

7

**SANTA ROSA MEMORIAL HOSPITAL (TRAUMA CENTER)**
1165 Montgomery Drive
Santa Rosa CA 95402
707.546.3210

| Maneuvers | | Distance | Maps |
|---|---|---|---|
| START | 1: Start out going SOUTH on CASTLE DR toward JESTER CT. | 0.2 miles | Map |
| | 2: Turn LEFT onto SONOMA MOUNTAIN PKWY. | 0.5 miles | Map |
| | 3: Turn RIGHT onto E WASHINGTON ST. | 0.7 miles | Map |
| NORTH 101 | 4: Merge onto US-101 N via the ramp on the LEFT toward EUREKA. | 15.3 miles | Map |
| EXIT | 5: Take the exit toward DOWNTOWN SANTA ROSA. | 0.1 miles | Map |
| | 6: Turn RIGHT onto 3RD ST. | 0.7 miles | Map |
| | 7: Turn SLIGHT RIGHT onto MONTGOMERY DR. | 0.2 miles | Map |
| END | 8: End at **1165 Montgomery Dr** Santa Rosa, CA 95405-4801, US | | Map |

**Total Est. Time:** 22 minutes   **Total Est. Distance:** 18.05 miles

8

# ATTACHMENTS:

# PETALUMA POLICE DEPARTMENT
# ON LINE PREDATOR OPERATION
## LAW ENFORCEMENT PERSONNEL LINEUP
## DESCRIPTION OF TEAM FUNCTIONS

### INCIDENT COMMAND

INCIDENT COMMANDER IS IN OVERALL COMMAND OF ENTIRE OPERATION AND WILL BE LOCATED IN THE DESIGNATED COMMAND POST VEHICLE.

### ALLIED AGENCY COMMAND (IF ATTENDING)

ALLIED AGENCY COMMAND WILL BE IN COMMAND OF RESPECTIVE PERSONNEL AND WILL COMMUNICATE WITH THE INCIDENT COMMAND REGARDING ANY QUESTIONS, CONCERNS AND/OR RECCOMENDATIONS AS IT RELATES TO OPERATIONS.

### INVESTIGATIONS TEAM

INVESTIGATIONS TEAM PERSONNEL ARE IN CHARGE OF ALL INVESTIGATIONS HANDLED DURING THE DAY IN WHICH THEY ARE ASSIGNED. A DEPUTY DISTRICT ATTORNEY WILL ALSO BE ON HAND FOR THE PURPOSE OF PROVIDING CASE DEVELOPMENT INPUT AND ASSISTANCE WITH SECURING ANY NECESSARY SEARCH WARRANTS. DUTIES INCLUDE

- REVIEWING ALL KNOWN OFFENDER PACKETS PRIOR TO OFFENDER ARRIVAL
- MONITORING THE ARRIVAL OF ALL OFFENDERS AND NOTING APPROPRIATE DETAILS
- MONITORING NBC CONVERSATIONS WITH OFFENDERS AND NOTING APPROPRIATE DETAILS
- MONITORING THE ARREST OF THE OFFENDER AND IDENTIFYING PERSONNEL INVOLVED AND ANY OTHER APPROPRIATE DETAILS
- MONITORING COLLECTION OF EVIDENCE, IDENTIFYING PERSONNEL INVOLVED AND ANY OTHER APPROPRIATE DETAILS
- INTERVIEWING THE ARRESTEE AND RECORDING INTERVIEW
- TURNING ARRESTEE OVER TO BOOKING PERSONNEL
- PREPARING ALL INVESTIGATIVE REPORTS FOR D.A. AND RECEIVING A CASE NUMBER FROM YOUR OWN RESPECTIVE AGENCY
- REQUESTING AND RECEIVING ANY NECESSARY SUPPLEMENTAL REPORTS
- EVALUATING INVESTIGATION AND IDENTIFYING ANY NECESSARY FOLLOW UP INCLUDING SEARCH WARRANT NEEDS AND DELEGATING SUCH NEEDS
- COLLECTION OF EVIDENCE FROM EVIDENCE PERSONNEL
- COLLECTION OF AUDIO AND VIDEO EVIDENCE FROM APPROPRIATE PERSONNEL
- REPORTING ALL REQUIRED ARREST INFORMATION TO INCIDENT COMMAND
- **INVESTIGATIONS TEAM SUPERVISOR WILL CONTACT THE RELIEF TEAM SUPERVISOR FOR ANY ASSISTANCE NEEDED FOR BREAKS, ADDITIONAL MANPOWER, ETC

### PPD FIXED SURVEILLANCE TEAM (ON SITE SURVEILLANCE VAN)

PETALUMA POLICE STREET CRIMES PERSONNEL WILL CONDUCT FIXED SURVEILLANCE OF THE LOCATION FROM AN UNDERCOVER VAN POSITIONED NEAR THE TARGET RESIDENCE. DUTIES INCLUDE:

ON LINE PREDATOR OPERATION
LAW ENFORCEMENT PERSONNEL - DESCRIPTION OF FUNCTIONS
Page 2 of 5

- MAINTAINING CONSTANT VISUAL OBSERVATION OF THE TARGET RESIDENCE AND THE STREET IN FRONT OF THE RESIDENCE
- WILL REPORT TO THE ARREST TEAM ON CH. 3 FREQ. ANY SUSPECT ARRIVALS OBSERVED AND ALL ACTIONS OF SUSPECTS WHO ARRIVE
- WILL OBSERVE AND RECORD THE ARREST OF THE SUSPECT AND SUBSEQUENT ACTIONS
- WILL PROVIDE COVER OBSERVATIONS FOR TEAMS INVOLVED IN ARREST OPERATION
- **FIXED SURVEILLANCE TEAM WILL BE SELF-SUFFICIENT AND WILL NOT BE REPLACED BY RELIEF TEAM PERSONNEL

### MOBILE SURVEILLANCE TEAM

MOBILE TEAM WILL BE REQUIRED TO PROVIDE EXTENDED SURVEILLANCE OF THE TARGET AREA. THEY WILL REQUIRE APPROPRIATE UNMARKED CARS AND WILL BE POSITIONED ON THE OUTSKIRTS OF THE NEIGHBORHOOD. PROPOSED PLAN FOR THIS TEAM IS TO ASSIGN TO PERSONNEL TO AN AREA EAST OF THE RESIDENCE (PERHAPS A BLOCK OR MORE AWAY) AND TWO PERSONNEL TO THE WEST (BLOCK OR MORE AWAY AND OUT OF SIGHT FROM REGULAR ENTRANCE ROUTE). PERSONNEL WILL WEAR PLAIN CLOTHES BUT WILL HAVE NECESSARY SAFETY EQUIPMENT AND BADGE CLEARLY VISIBLE IN CASE OF TACTICAL DEPLOYMENT. DUTIES INCLUDE:

- TRAVELING TO SECONDARY STAGING AREAS IN THE EVENT A SUSPECT IS TOLD TO STAGE AT SUCH AREA AS DIRECTED BY THE ARREST TEAM AND BE ON LOOKOUT FOR SUSPECT
- OBTAIN LICENSE PLATE OF SUSPECT VEHICLE IF POSSIBLE AT SECONDARY STAGING AREA AND COMMUNICATE TO DISPATCH FOR RMS/CLETS RESEARCH
- CONDUCTING MOVING SURVEILLANCE ON ANY SUSPECT WHO ARRIVES BUT THEN LEAVES THE AREA WITHOUT MAKING CONTACT AT RESIDENCE FOR ANY REASON
- OBTAIN DIRECTION FROM INVESTIGATION TEAM TO HAVE SUSPECT STOPPED AWAY FROM THE AREA
- OBTAIN MARKED UNIT ASSISTANCE TO EFFECT STOP
- CONDUCT NECESSARY INTERVIEW WITH SUSPECT AND DETERMINE (WITH INVESTIGATION TEAM ASSISTANCE) IF ARREST WILL OCCUR
- REQUEST TRANSPORT TEAM PERSONNEL FOR SUSPECT AND CAR
- RESPOND IN TO ASSIST ARREST TEAM FOR UNUSUAL DEVELOPMENTS SUCH AS USE OF FORCE INCIDENTS / FOOT PURSUITS / CRITICAL INCIDENTS IN HOUSE / PERIMETERS
- *MOBILE SURVEILLANCE TEAM SUPERVISOR WILL CONTACT THE RELIEF TEAM SUPERVISOR FOR ANY ASSISTANCE NEEDED FOR BREAKS, ADDITIONAL MANPOWER, ETC

### ARREST TEAM

ARREST TEAM PERSONNEL WILL WEAR APPROPRIATE TACTICAL ATTIRE AND POSESS NECESSARY SAFETY EQUIPMENT TO SAFELY EXECUTE THE ARREST OF SUSPECTS WHO LEAVE THE RESIDENCE. LESS LETHAL EQUIPMENT, BREACH EQUIPMENT AND OTHER SPECIAL TOOLS ARE RECOMMENDED. ALL PERSONNEL SHOULD CONSIDER WEARING AND UTILIZING PERSONAL RECORDING DEVICES. ARREST TEAM PERSONNEL WILL BE ASSEMBLED IN A LOCATION ARRANGED BY PPD PRIOR TO THE OPERATION AND WILL BE IN VERY CLOSE PROXIMITY TO THE TARGET RESIDENCE. THEY WILL HAVE LIVE VIDEO AND AUDIO CONTACT WITH THE INSIDE OF THE TARGET HOUSE. THEY WILL RECEIVE DIRECT

NOTICE FROM PERSONNEL IN THE HOUSE THAT THE SUSPECT IS LEAVING. THEY WILL RECEIVE ANY NECESSARY COMMUNICATION FROM THE FIXED SURVEILLANCE TEAM AS TO ASSOCIATES OR HAZARDS OBSERVED. THEY WILL THEN CONTACT THE SUSPECT. DUTIES INCLUDE

- SAFELY EXECUTING THE ARREST OF THE SUSPECT
- IDENTIFYING, CONTACTING AND SECURING ANY ASSOCIATES
- CLEARING THE SUSPECT VEHICLE
- THOROUGHLY SEARCHING THE SUSPECT AND BAGGING ALL PROPERTY
- DIRECTING IN TRANSPORT PERSONNEL FOR SUSPECT AND CAR REMOVAL
- DIRECTING IN MOVING SURVEILLANCE PERSONNEL FOR ANY UNUSUAL DEVELOPMENTS
- CLEARING THE SCENE AND RETURNING TO A READY POSITION AS QUICKLY AS POSSIBLE
- NOTING ANY STATEMENTS OR OTHER INVESTIGATIVE ELEMENTS (IE: DRUG SEIZURES, ETC) AND CONVEYING DETAILS TO APPROPRIATE
- PREPARING ANY SUPPLEMENTAL REPORTS REQUESTED OF THE INVESTIGATIONS TEAM PERSONNEL (CAN BE DONE DURING RELIEF TIME)
- * ARREST TEAM SUPERVISOR WILL CONTACT THE RELIEF TEAM SUPERVISOR FOR ANY ASSISTANCE NEEDED FOR BREAKS, ADDITIONAL MANPOWER, ETC

## DOJ RELIEF TEAM

DOJ WILL BE PROVIDING AN ANALYST WHO WILL CONDUCT RESEARCH AND PREPARE INVESTIGATIVE PACKETS ON POSSIBLE SUSPECTS PRIOR THE OPERATION AS WELL AS ON SUSPECTS WHO ARE DEVELOPED DURING THE OPERATION. DOJ WILL ALSO PROVIDE SUPPORT PERSONNEL AS SPECIFICALLY OUTLINED IN THE LAW ENFORCEMENT PERSONNEL LINE UPS ON ALL DAYS.

DOJ RELIEF TEAM PERSONNEL WILL BE ASSIGNED BY THE DOJ SAC TO PROVIDE RELIEF FOR PERSONNEL ASSIGNED TO THE MOBILE SURVEILLANCE TEAM AND THE ARREST TEAM. RELIEF TEAM WILL ALSO HANDLE ALL SHUTTLES OF PERSONNEL BETWEEN FIELD LOCATIONS AND COMMAND POST. PERSONNEL ASSIGNED TO THIS FUNCTION SHOULD BRING VEHICLES THAT ARE U.C. ORIENTED AND SHOULD HAVE ATTIRE THAT ALLOWS THEM TO ASSUME EITHER MOBILE SURVEILLANCE OR ARREST TEAM ROLES. NO MORE THAN TWO TEAM MEMBERS SHOULD BE RELIEVED AT ANY ONE TIME. RELIEF PERIODS SHOULD BE SUFFICIENT TO PROVIDE TEAM MEMBERS WITH AN OPPORTUNITY TO COMPLETE ANY NECESSARY SUPPLEMENTAL REPORTS AS WELL AS TO REST, EAT AND ADDRESS ANY OTHER NECESSITIES.

## PPD BOOKING AND TRANSPORT TEAM

THE PETALUMA POLICE TRAFFIC DIVISION WILL BE PROVIDING ALL BOOKING AND TRANSPORT SERVICES. TWO TEAM MEMBERS WILL BE ASSIGNED TO THE ARREST TEAM AND WILL DEPLOY IMMEDIATELY AFTER THE ARREST TO TAKE THE SUSPECT, ANY ASSOCIATES AND THE SUSPECT VEHICLE TO THE COMMAND POST. PERSONNEL WILL WEAR TACTICAL ATTIRE/EQUIPMENT AND WILL BE AVAILABLE ASSIST THE ARREST TEAM IF ANY UNUSUAL SITUATION DEVELOPS. TWO ADDITIONAL TEAM MEMBERS WILL BE AVAILABLE TO IMMEDIATELY MOVE INTO THE READY POSITION ONCE THE FIRST TWO MEMBERS LEAVE THE SCENE WITH THE SUSPECT, ASSOCIATES (IF ANY) AND SUSPECT VEHICLE. BOOKING AND

TRANSPORT TEAM WILL UTILIZE DETECTIVE CARS EXCEPT AS NOTED BELOW. DUTIES INCLUDE:

- DELIVERING SUSPECTS TO THE INVESTIGATIONS TEAM AND MONITORING CONTACT FOR THE PURPOSE OF COLLECTING NECESSARY BOOKING INFORMATION
- COMPLETING ALL NECESSARY BOOKING PAPERWORK AND COPYING SAME FOR INVESTIGATOR
- DELIVERING CAR TO THE TOWING CSO FOR EVIDENCE PROCESSING AND STORAGE
- NOTING ANY INVESTIGATIVE DEVELOPMENTS AND COMMUNICATING SAME TO APPROPRIATE INVESTIGATOR
- MAINTAINING CUSTODY AND CONTROL OF SUSPECTS NOT IN THE PRESENCE OF AN INVESTIGATOR WHILE AT THE COMMAND CENTER
- TRANSPORTING SUSPECTS TO COUNTY JAIL AS DIRECTED BY THE INVESTIGATOR
- MAINTAIN AN OCCUPIED CHASE CAR (MARKED PPD UNIT) READY FOR DEPLOYMENT TO EFFECT TRAFFIC STOP AT THE DIRECTION OF THE MOBILE SURVEILLANCE TEAM
- *PPD BOOKING AND TRANSPORT TEAM PERSONNEL WILL BE SELF-SUFFICIENT AND WILL NOT BE REPLACED BY RELIEF TEAM PERSONNEL

## PPD SUPPORT STAFF

TEAM LEADER WILL OVERSEE ALL SUPPORT TEAM PERSONNEL

TOWING CSO WILL RECEIVE SUSPECT VEHICLES FROM TRANSPORT TEAM PERSONNEL AND WILL HANDLE ALL ASPECTS OF STORAGE PROCESS. REPORTS WILL BE APPROVED ON SITE BY THE INVESTIGATIONS TEAM SUPERVISOR AND WILL BE TURNED OVER TO THE APPROPRIATE INVESTIGATIONS TEAM MEMBER.

EVIDENCE TECHNICIAN WILL HANDLE THE SEARCH OF THE SUSPECT VEHICLE AND WILL SEIZE AND PACKAGE ANY EVIDENCE OR CONTRABAND RECOVERED FROM THE SUSPECT VEHICLE. EVIDENCE WILL BE PACKAGED AND RECORDED USING PPD FORMS AND PACKAGING METHODS. EVIDENCE WILL BE TURNED OVER TO THE APPROPRIATE INVESTIGATIONS TEAM MEMBER.

SECURITY RCSO WILL STAFF THE GATE ACCESSING THE COMMAND POST AND WILL MONITOR ACCESS OF ALL PERSONS TO ENSURE THEY ARE NOT OF CONCERN TO COMMAND POST SECURITY.

COMMAND POST RCSO WILL STAFF THE COMMAND POST AND WILL BE AVAILABLE FOR THE INCIDENT COMMANDER FOR ANY NEEDS THAT ARISE.

WORK POST RCSO WILL STAFF THE WORK AREA VEHICLE AND WILL BE AVAILABLE FOR THE PERSONNEL WORKING IN THAT VEHICLE FOR ANY NEEDS THAT ARISE.

CATERING RCSO WILL STAFF THE PERSONNEL BREAK AND EATING AREA AND WILL MAINTAIN THE AREA FOR PERSONNEL TAKING BREAKS. THIS AREA WILL BE A SECURE AREA AND ONLY LAW ENFORCEMENT PERSONNEL WILL BE PERMITTED IN OR NEAR THIS AREA.

ROVING RCSO WILL BE ON HAND TO PROVIDE RELIEF OR ASSISTANCE ANYWHERE WITHIN THE COMMAND POST.

ON LINE PREDATOR OPERATION
LAW ENFORCEMENT PERSONNEL - DESCRIPTION OF FUNCTIONS
Page 5 of 5

PHOTOS AND MEDIA. PHOTOGRAPHER NINA ZHITO WILL HAVE ACCESS TO ALL AREAS EXCEPT THE CATERING AREA FOR PPD REQUESTED PHOTOGRAPHY. NBC MAY ALSO HAVE SIMILAR ACCESS THAT SHALL NOT INTERFERE WITH ANY COMMAND POST OPERATIONS.

## PPD COMMUNICATIONS – PPD CH. 3

THE PRIMARY CHANNEL FOR COMMUNICATION WILL BE PPD CHANNEL 3. THIS WILL BE STAFFED BY A FULL TIME DISPATCH FOR ALL HOURS OF THIS OPERATION. THIS CHANNEL SHOULD BE RESERVED FOR TACTICAL COMMUNICATIONS ONLY. ALL OTHER COMMUNICATIONS CAN OCCUR ON CH. 4 OR VIA CELLULAR PHONE. ALL CLETS INQUIRIES AND OTHER NECESSARY INQUIRIES CAN BE MADE VIA CHANNEL 3 OR VIA DISPATCH LINE 778.4457. ALL PAPERWORK NEEDED CAN BE FAXED TO THE COMMAND POST OR DELIVERED VIA EMAIL. ON DUTY PPD DISPATCHERS WILL PROVIDE BREAK RELIEF FOR THE CH. 3 COMMUNICATIONS AS NEEDED.