Anurag Tiwari
2250 Monroe Av. # 129
Santa Clara, California, 95050
Phone: 408-394-5253
Fax: 208-988-5015
Email: anuragtiwari1983@gmail.com




# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| Anurag Tiwari, | Case No.: C08-3988 MHP |
| Plaintiff, | [PROPOSED] ORDER |
| vs. | |
| NBC Universal, INC. | |
| Defendant. | |

It is hereby ordered that the administrative motion to allow *pro se* Plaintiff to E-File is granted.

Dated: 10/16/08

Hon. Marilyn Hall Patel

**[PROPOSED] ORDER**

U.S. DISTRICT COURT JUDGE