THOMAS R .BURKE (CA State Bar No. 141930)
JEFF GLASSER (CA State Bar No. 252596)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:     (415) 276-6500
Facsimile:      (415) 276-6599
Email: thomasburke@dwt.com; jeffglasser@dwt.com
Attorneys for Defendant NBC Universal, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANURAG TIWARI,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>NBC UNIVERSAL, INC.,<br><br>　　　　　　Defendant. | No. C08-3988 MHP<br><br>JOINT STIPULATION FURTHER STAYING ALL PROCEEDINGS IN THIS CIVIL ACTION PENDING RESOLUTION OF THE CRIMINAL ACTION PENDING AGAINST PLAINTIFF and [PROPOSED] ORDER FURTHER STAYING ALL PROCEEDINGS |

　　　　Plaintiff Anurag Tiwari, proceeding *in propria persona*, and Defendant NBC Universal, Inc., through its counsel of record, pursuant to F.R.C.P. 26(c), together ask this court to again stay all proceedings in this civil action pending the earlier of either the resolution of the criminal action pending in Sonoma County Superior Court against Plaintiff (*see* Second Amended Complaint at ¶ 32) or July 30, 2009.  *See*, *e.g.*, *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 607 (9th Cir.1992) ("The district court is given broad discretion in supervising the pretrial phase of litigation, and its decisions ... will not be disturbed unless they evidence a clear abuse of discretion."); *Federal Sav. & Loan Ins. Corp. v. Molinaro*, 889 F.2d 899, 902 (9th Cir. 1989)

1 (noting that discretion may be exercised to order a stay of civil proceedings pending the resolution
2 of criminal proceeding); *Iannelli v. Long*, 487 F.2d 317, 318 (3d. Cir. 1973) (civil proceedings
3 properly may be deferred until the conclusion of related criminal proceedings).  Plaintiff's criminal
4 case is now scheduled for trial beginning on July 13, 2009.

5       Plaintiff and Defendant together also ask this Court to order that the 60-day period in which
6 Defendant may file an anti-SLAPP motion under California Code of Civil Procedure 425.16 will
7 not begin to run until the stay in this civil action is lifted.  *See* Code of Civ. Proc. § 425.16(f)
8 (stating that the special motion to strike may be filed "… in the court's discretion, at any time upon
9 terms it deems proper").  Finally, in accordance with Local Rule 6-1(a), Plaintiff and Defendant
10 together ask this Court to allow Defendant to answer or otherwise respond to Plaintiff's Second
11 Amended Complaint within 60 days after the stay is lifted.

13       Respectfully submitted this 10th day of April, 2009.

15 DAVIS WRIGHT TREMAINE, LLP

16 By: _/s/ Thomas R. Burke_____     By: _/s/ Anurag Tiwari_____
    Thomas R. Burke     Anurag Tiwari
17     Attorneys for Defendant NBC Universal, Inc.     *In Propria Persona*

20 So Ordered:

21 DATE: _4/15/2009_____     _____
22     Hon. Mar[ilyn H. Patel]
    U.S. District [Judge]

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA