THOMAS R .BURKE (CA State Bar No. 141930)
JEFF GLASSER (CA State Bar No. 252596)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: thomasburke@dwt.com; jeffglasser@dwt.com

Attorneys for Defendant
NBC Universal, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANURAG TIWARI,<br><br>            Plaintiff(s),<br><br>   v.<br><br>NBC UNIVERSAL, INC.,<br><br>            Defendant(s). | Case No. C08-3988 MHP<br><br>**JOINT STIPULATION FURTHER STAYING ALL PROCEEDINGS IN THIS CIVIL ACTION** |

      Plaintiff Anurag Tiwari, proceeding *in propria persona*, and Defendant NBC Universal, Inc., through its counsel of record, pursuant to F.R.C.P. 26(c), together ask this court to again further stay all proceedings in this civil action. *See*, *e.g.*, *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 607 (9th Cir.1992) ("The district court is given broad discretion in supervising the pretrial phase of litigation, and its decisions ... will not be disturbed unless they evidence a clear abuse of discretion."); *Federal Sav. & Loan Ins. Corp. v. Molinaro*, 889 F.2d 899, 902 (9th Cir. 1989) (noting that discretion may be exercised to order a stay of civil proceedings pending the resolution of criminal proceeding); *Iannelli v. Long*, 487 F.2d 317, 318 (3d. Cir. 1973) (civil proceedings properly may be deferred until the conclusion of related criminal proceedings). After judgment was pronounced against Plaintiff in the criminal case, Plaintiff promptly filed an appeal. Given this pending appeal in the criminal case, Plaintiff and Defendant together ask this Court to

1

continue the stay currently in place in this civil action until 60 days after Plaintiff's criminal case is returned to Sonoma Superior Court after resolution of Plaintiff's appeal in that case.

Further, Plaintiff and Defendant together also ask this Court to order that the 60-day period in which Defendant may file an anti-SLAPP motion under California Code of Civil Procedure 425.16 will not begin to run until the stay in this civil action is lifted. *See* Code of Civ. Proc. § 425.16(f) (stating that the special motion to strike may be filed "… in the court's discretion, at any time upon terms it deems proper"). Additionally, in accordance with Local Rule 6-1(a), Plaintiff and Defendant together ask this Court to allow Defendant to answer or otherwise respond to Plaintiff's Second Amended Complaint within 60 days after the stay is lifted, absent further stipulation of the parties.

Respectfully submitted this 24th day of February, 2010.

DAVIS WRIGHT TREMAINE, LLP

By: _/s/ Thomas R. Burke_____  
    Thomas R. Burke  
    Attorneys for Defendant NBC Universal, Inc.

By: _/s/ Anurag Tiwari_____  
    Anurag Tiwari  
    *In Propria Persona*

**So Ordered:**

DATE: __3/2/2010_____



Hon.  
U.S.

2

Case No. C08-3988 MHP  
Joint Stipulation Further Staying All Proceedings In This Civil Action  
DWT 14083399v1 0020040-000084