UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ANURAG TIWARI,

        Plaintiff,

  v.

NBC UNIVERSAL, INC. et al,

        Defendant.

Case Number: CV08-03988 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 2, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anurag Tiwari
2250 Monroe Avenue, #129
Santa Clara, CA 95050

Dated: March 2, 2010

        Richard W. Wieking, Clerk
        By: Anthony Bowser, Deputy Clerk