1    THOMAS R .BURKE (CA State Bar No. 141930)
2    JEFF GLASSER (CA State Bar No. 252596)
    DAVIS WRIGHT TREMAINE LLP
3    505 Montgomery Street, Suite 800
    San Francisco, California 94111
4    Telephone:    (415) 276-6500
    Facsimile:     (415) 276-6599
5    Email: thomasburke@dwt.com; jeffglasser@dwt.com
    Attorneys for Defendant NBC Universal, Inc.
6

7

8
           UNITED STATES DISTRICT COURT
9
         NORTHERN DISTRICT OF CALIFORNIA
10
            SAN FRANCISCO DIVISION
11

12
   ANURAG TIWARI,                    )    No. C08-3988 MHP
13                            )
                 Plaintiff,    )
14                            )    **JOINT STIPULATION TO CONTINUE**
                           )    **PROCEEDINGS SO THAT EARLY**
       vs.                    )    **SETTLEMENT CONFERENCE WITH**
15                            )    **MAGISTRATE JUDGE MAY TAKE**
   NBC UNIVERSAL, INC.,         )    **PLACE AND [PROPOSED] ORDER**
16                            )
               Defendant.    )
17                            )

18                            )

19                            )

20       Plaintiff Anurag Tiwari, proceeding *in propia persona*, and defendant NBC Universal, Inc.,

21   through its counsel of record, HEREBY STIPULATE to the following:

22       1.      The parties agree to participate in an alternative dispute resolution through an early

23   settlement conference with a magistrate judge. Counsel for NBC Universal will prepare the forms

24   necessary to request this particular ADR option and to initiate the process of setting up such a

25   settlement conference with the Court to be scheduled at a date that is convenient to the Court and

26   the parties as soon as possible.

27

28

1

STIPULATION
DWT 15410851v1 0020040-000084

2.    The case management conference currently scheduled for October 4, 2010, will be rescheduled to a date in the future in the event that the parties are unable to resolve the matter through the early settlement conference.

3.    The parties agree to extend the current deadline for NBC Universal to Answer or otherwise respond to Plaintiff's Amended Complaint to December 1, 2010, or earlier, upon application of one or both parties should this case not be resolved through the early settlement conference.

Respectfully submitted this 15th day of September, 2010.

DAVIS WRIGHT TREMAINE, LLP

By: /s/ Thomas R. Burke
    Thomas R. Burke
    Attorneys for Defendant NBC Universal, Inc.

By: /s/ Anurag Tiwari
    Anurag Tiwari
    *In Propria Persona*

**Pursuant to Stipulation, It Is So Ordered:**

DATE: 9/16/10

Hon. Marilyn Hall Patel
U.S. District Court Judge

2

STIPULATION
DWT 15410851v1 0020040-000084