THOMAS R .BURKE (CA State Bar No. 141930)
JEFF GLASSER (CA State Bar No. 252596)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:     (415) 276-6500
Facsimile:      (415) 276-6599
Email: thomasburke@dwt.com; jeffglasser@dwt.com
Attorneys for Defendant NBC Universal, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANURAG TIWARI,<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>NBC UNIVERSAL, INC.,<br><br>　　　　　Defendant(s). | Case No. C08-3988 MHP<br><br>**JOINT STIPULATION MOVING CASE MANGEMENT CONFERENCE TO MAY 23, 2011 AND [PROPOSED] ORDER** |

Subject to court approval, Plaintiff Anurag Tiwari and Defendant NBC Universal, Inc., through their counsel of record, hereby stipulate that the case management conference, currently scheduled for May 2, 2011 at 3:00 p.m., be moved to May 23, 2011 at 3:00 p.m.  The parties agree that a joint case management conference statement will be filed by May 16, 2011.

Respectfully submitted this 25th day of April, 2011.

DAVIS WRIGHT TREMAINE, LLP

By: */s/ Thomas R. Burke*
    Thomas R. Burke
    Attorneys for Defendant NBC Universal, Inc.

GIRARD GIBBS LLP

By: */s/ Elizabeth C. Pritzker*
    Elizabeth C. Pritzker
    Attorneys for Plaintiff Anurag Tiwari

**Pursuant to Stipulation, It Is So Ordered:**

DATE: 4/28/2011

_____
Hon. Marilyn H. Patel
U.S. District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DAVIS WRIGHT TREMAINE LLP

1

JOINT STIPULATION AND [PROPOSED] ORDER
DWT 16936328v1 0020040-000084