UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ANURAG TIWARI, | ) | No. C08-3988 EMC |
| Plaintiff, | ) ) ) | **[PROPOSED] ORDER GRANTING STIPULATION SETTING BRIEFING SCHEDULE AND CONTINUING HEARING DATE TO SEPTEMBER 23, 2011** |
| vs. | ) ) ) | |
| NBC UNIVERSAL, INC., | ) ) | |
| Defendant. | ) ) ) ) ) | |

[PROPOSED] ORDER
DWT 17735452v1 0020040-000084

Pursuant to Stipulation, the Court hereby orders as follows:

1. Plaintiff's Oppositions to Defendants' Special Motion to Strike, Motion to Dismiss 42 U.S.C. Section 1983 Claim, and Motion for a Protective Order shall be filed and served no later than August 30, 2011.
2. NBCUniversal's Replies shall be filed and served no later than September 9, 2011.
3. The hearing on NBCUniversal's motions shall be continued to September 23, 2011 or the first available date thereafter that the Court and the parties are available.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE: 8/1/11

_____
Hon. Edward M. Chen
U.S. District



1

[PROPOSED] ORDER
DWT 17735452v1 0020040-000084

1
2  Respectfully submitted:
3  Date: July 28, 2011                    DAVIS WRIGHT TREMAINE LLP
4                                         By:  _____/s/ *Thomas R. Burke*_____
                                                        Thomas R. Burke
5
6                                         Attorneys for Defendant NBC UNIVERSAL MEDIA, LLC
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER                                    2
DWT 17735452v1 0020040-000084