```
 1  THOMAS R .BURKE (CA State Bar No. 141930)
    JEFF GLASSER (CA State Bar No. 252596)
 2  DAVIS WRIGHT TREMAINE LLP
 3  505 Montgomery Street, Suite 800
    San Francisco, California  94111
 4  Telephone:     (415) 276-6500
    Facsimile:     (415) 276-6599
 5  Email: thomasburke@dwt.com; jeffglasser@dwt.com
 6  Attorneys for Defendant NBCUniversal Media, LLC
 7
 8
                    UNITED STATES DISTRICT COURT
 9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11
12
13  ANURAG TIWARI,                    )  No. C08-3988 EMC
                                      )
14               Plaintiff,           )  STIPULATION TO EXTEND TIME
                                      )  FOR DEFENDANT NBCUNIVERSAL
15       vs.                          )  MEDIA, LLC'S MOTION TO
                                      )  RECOVER ATTORNEYS' FEES AND
16  NBC UNIVERSAL, INC.,              )  COSTS; [PROPOSED] ORDER
                                      )
17               Defendant.           )
                                      )
18                                    )
                                      )
19  _____    )
20
```

STIPULATION
DWT 18501543v2 0020040-000084

Defendant NBCUniversal Media, LLC ("NBCUniversal") and Plaintiff Anurag Tiwari ("Plaintiff"), through their counsel of record, HEREBY STIPULATE to the following:

WHEREAS, on October 25, 2011, this Court issued an order denying NBCUniversal's motion to dismiss Plaintiff's 42 U.S.C. Section 1983 claim, denying NBCUniversal's motion to strike Plaintiff's intentional infliction of emotional distress claim, granting NBCUniversal's motion to dismiss Plaintiff's defamation claim, and denying NBCUniversal's motion for a protective order staying discovery (Dkt. No. 110);

WHEREAS, this Court has not entered Judgment striking the defamation cause of action;

WHEREAS, NBCUniversal intends to file a motion to recover attorneys' fees and costs regarding the defamation claim pursuant to Code of Civil Procedure § 425.16(c);

WHEREAS, NBCUniversal has requested an extension of time to file its proposed fee motion and Plaintiff has, without conceding the propriety or merits of NBCUniversal's motion, agreed to NBCUniversal's extension request;

NOW, THEREFORE, the parties do hereby stipulate and agree, and they request that this Court Order, that NBCUniversal's time for filing a motion to recover attorneys' fees and costs pursuant to Code of Civil Procedure § 425.16(c) be extended until 30 days after the Court enters Judgment.

Respectfully submitted this 4th day of November, 2011.

DAVIS WRIGHT TREMAINE LLP

By: /s/ Thomas R. Burke
    Thomas R. Burke
    Attorneys for Defendant NBCUniversal Media, LLC

By: /s/ Elizabeth Pritzker
    Elizabeth Pritzker
    Attorneys for Plaintiff Anurag Tiwari

**Pursuant to Stipulation, It Is So Ordered:**

DATE: 11/8/11

Hon. Edward M. Chen
U.S. District

IT IS SO ORDERED
Judge Edward M. Chen

STIPULATION
DWT 18501543v2 0020040-000084