1    Elizabeth C. Pritzker (SBN 146267)
     **GIRARD GIBBS LLP**
2    601 California Street, 14th Floor
     San Francisco, CA 94108
3    Telephone:  (415) 981-4800
     Facsimile:  (415) 981-4846
4    Email:  ecp@girardgibbs.com

5    Attorneys for Plaintiff Anurag Tiwari

6

     Thomas R. Burke (SBN 141930)
7    Jeff Glasser (SBN 252596)
     **DAVIS WRIGHT TREMAINE LLP**
8    505 Montgomery Street, Suite 800
     San Francisco, California 94111
9    Telephone:  (415) 276-6500
     Facsimile:  (415) 276-6599
10   Email:  thomasburke@dwt.com; jeffglasser@dwt.com

11   Attorneys for Defendant NBCUniversal Media, LLC

12

13                  **UNITED STATES DISTRICT COURT**

14           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15                     **SAN FRANCISCO DIVISION**

16

17                                          Case No. C-08-3988 EMC

18   ANURAG TIWARI,
                                            **STIPULATION AND [PROPOSED]**
19        Plaintiff,                        **ORDER FOR VOLUNTARY**
                                            **DISMISSAL OF PLAINTIFF'S CLAIM**
20   v.                                     **FOR INTENTIONAL INFLICTION OF**
                                            **EMOTIONAL DISTRESS**
21   NBCUNIVERSAL, INC.,

22        Defendant.

23

24

25

26

27

28

1   IT IS HEREBY STIPULATED by and between the parties to this action through their

2   undersigned counsel, and subject to Court approval, that Plaintiff's pendent state law claim for

3   intentional infliction of emotional distress, only, will be voluntarily dismissed with prejudice, pursuant

4   to Rule 15(a) of the Federal Rules of Civil Procedure. The dismissal shall not constitute adjudication

5   upon the merits or an admission or concession by either party as to the merit or lack of merit of this

6   claim. Parties shall bear their own attorneys' fees and costs.

7   Dated: November 18, 2011                **GIRARD GIBBS LLP**

8                                            By:     _Elizabeth C. Pritzker_
9                                                    Elizabeth C. Pritzker (SBN 146267)

10                                           601 California Street, 14th Floor
                                             San Francisco, CA 94108
11                                           Telephone: (415) 981-4800
                                             Facsimile: (415) 981-4846

12

13                                           Attorneys for Plaintiff Anurag Tiwari

14                                           **DAVIS WRIGHT TREMAINE LLP**

15

16   Dated: November 18, 2011                By:     _Thomas R. Burke_
                                                     Thomas R. Burke (SBN 141930)

17                                           Jeff Glasser (SBN 252596)
18                                           505 Montgomery Street, Suite 800
                                             San Francisco, California 94111
19                                           Telephone: (415) 276-6500
                                             Facsimile: (415) 276-6599

20

21                                           Attorneys for Defendant NBCUniversal Media, LLC

22   //

23   //

24   //

25   //

26   //

27   //

28

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED]**

**<u>ORDER</u>**

The Court, having read and considered the parties' stipulation, and for good cause shown, HEREBY ORDERS that Plaintiff's pendant state law claim for intentional infliction of emotional distress, only, be voluntarily dismissed with prejudice, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.  The dismissal shall not constitute adjudication upon the merits or an admission or concession by either party as to the merit or lack of merit of this claim.  Parties shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Date:  ___11/22/11___  _____



_____ M. Chen
Court Judge

2