| | |
|---|---|
| 1 | THOMAS R .BURKE (CA State Bar No. 141930) |
| 2 | JEFF GLASSER (CA State Bar No. 252596) |
|   | DAVIS WRIGHT TREMAINE LLP |
| 3 | 505 Montgomery Street, Suite 800 |
|   | San Francisco, California 94111 |
| 4 | Telephone: (415) 276-6500 |
| 5 | Facsimile: (415) 276-6599 |
|   | Email: thomasburke@dwt.com; jeffglasser@dwt.com |
| 6 | Attorneys for Defendant NBCUniversal Media, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ANURAG TIWARI, ) No. C08-3988 EMC
)
Plaintiff, )
) **STIPULATION FOR CONTINUANCE**
vs. ) **OF MAY 18, 2012 STATUS**
) **CONFERENCE AND TO VACATE**
NBC UNIVERSAL, INC., ) **APRIL 24, 2012 DEADLINE FOR**
) **MANDATORY SETTLEMENT**
Defendant. ) **CONFERENCE; [PROPOSED] ORDER**
)
)
)
)

STIPULATION
DWT 19385169v1 0020040-000084

1  Defendant NBCUniversal Media, LLC ("NBCUniversal") and Plaintiff Anurag Tiwari
2  ("Plaintiff"), through their counsel of record, HEREBY STIPULATE to the following:
3  WHEREAS, on January 25, 2012, this Court set a deadline for completion of a mandatory
4  settlement conference by April 24, 2012;
5  WHEREAS, the earliest available date for the mandatory settlement conference before a
6  magistrate judge is June 18, 2012, and the parties have scheduled a settlement conference for that
7  date before Magistrate Judge Joseph Spero;
8  WHEREAS, on January 25, 2012, this Court scheduled a status conference for May 18,
9  2012 at 10:30 a.m.
10  NOW, THEREFORE, the parties do hereby stipulate and agree, and they request that this
11  Court Order, that:
12  (1) the April 24, 2012 deadline for completion of a mandatory settlement conference is
13  vacated and a new deadline of June 19, 2012 is entered;
14  (2) the May 18, 2012 status conference is taken off calendar, and the Court will set a new
15  date for the status conference after the parties' completion of the mandatory settlement
16  conference on June 18, 2012.
17  Respectfully submitted this 23rd day of April, 2012.

DAVIS WRIGHT TREMAINE LLP

By: /s/ Thomas R. Burke  
    Thomas R. Burke  
    Attorneys for Defendant NBCUniversal Media, LLC

By: /s/ Elizabeth Pritzker  
    Elizabeth Pritzker  
    Attorneys for Plaintiff Anurag Tiwari

**Pursuant to Stipulation, It Is So Ordered:** the status conference is reset from 5/18/12 to 7/6/12 at 10:30 a.m. An updated joint status report shall be filed by 6/29/12.

DATE: 4/24/12

Hon. Edward Chen  
U.S. District Court Judge

IT IS SO ORDERED AS MODIFIED  
Judge Edward M. Chen

STIPULATION  
DWT 19385169v1 0020040-000008