THOMAS R. BURKE (CA State Bar No. 141930)
JEFF GLASSER (CA State Bar No. 252596)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:     (415) 276-6500
Facsimile:     (415) 276-6599
Email: thomasburke@dwt.com; jeffglasser@dwt.com

Attorneys for Defendant NBCUniversal Media, LLC

ELIZABETH C. PRITZKER
Girard Gibbs LLP
601 California Street, 14th Floor
San Francisco, California 94108
Telephone:     (415) 981-4800
Facsimile:     (415) 981-4846
Email: ecp@girardgibbs.com;

Attorneys for Plaintiff Anurag Tiwari

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANURAG TIWARI, | Case No. **C08-3988 EMC** |
| Plaintiff(s), | Assigned to the Hon. Edward M. Chen |
| v. | **JOINT STATUS REPORT** |
| NBC UNIVERSAL, INC., | Date:     July 6, 2012 |
| Defendant(s). | Time:     10:30 a.m. |
| | Ctrm.:    5 |

1

Joint Status Report
C08-3988 EMC
DWT 19867845v1 0020040-000084

Plaintiff Anurag Tiwari and Defendant NBCUniversal Media, LLC ("NBCUniversal") submit this Joint Supplemental Case Management Conference Statement.

At the June 18, 2012 settlement conference conducted by Magistrate Judge Joseph C. Spero, the parties agreed to a settlement of this matter.  Counsel are currently preparing the formal settlement agreement.  Accordingly, in light of the parties' settlement, counsel respectfully request that the Case Management Conference currently scheduled for July 6, 2012, be vacated or reset to a later date.

Respectfully submitted,

DATED this 28th day of June 2012.

GIRARD GIBBS LLP

By:  */s/ Elizabeth C. Pritzker*_____
ELIZABETH C. PRITZKER
Attorneys for Plaintiff Anurag Tiwari

DATED this 28th day of June 2012.

DAVIS WRIGHT TREMAINE LLP

By:  */s/ Thomas R. Burke*_____
THOMAS R. BURKE
Attorneys for Defendant NBCUniversal Media, LLC