Elizabeth C. Pritzker (SBN 146267)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Email: ecp@girardgibbs.com

Attorneys for Plaintiff Anurag Tiwari

Thomas R. Burke (SBN 141930)
Jeff Glasser (SBN 252596)
**DAVIS WRIGHT TREMAINE LLP**
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: thomasburke@dwt.com; jeffglasser@dwt.com

Attorneys for Defendant NBCUniversal Media, LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANURAG TIWARI,<br><br>    Plaintiff,<br><br>v.<br><br>NBC UNIVERSAL, INC.,<br><br>    Defendant. | Case No. C-08-3988 EMC<br><br>**STIPULATION AND [P~~ROPOSED~~]**<br>**ORDER FOR VOLUNTARY**<br>**DISMISSAL OF ACTION** |

IT IS HEREBY STIPULATED by and between the parties to this action through their undersigned counsel, and subject to Court approval, that the above-styled action be dismissed with prejudice. Each Party shall bear its own attorneys' fees and costs.

Dated: August 29, 2012      **GIRARD GIBBS LLP**

By: <u>*Elizabeth C. Pritzker*</u>
      Elizabeth C. Pritzker (SBN 146267)

601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Attorneys for Plaintiff Anurag Tiwari

**DAVIS WRIGHT TREMAINE LLP**

Dated: August 29, 2012      By: <u>*Thomas R. Burke*</u>
      Thomas R. Burke (SBN 141930)

Jeff Glasser (SBN 252596)
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Attorneys for Defendant NBCUniversal Media, LLC (f/k/a NBC Universal, Inc.)

# [~~PROPO~~SED]

## ORDER

The Court, having read and considered the parties' stipulation, and for good cause shown, HEREBY ORDERS that the above-styled action is dismissed with prejudice. Each Party shall bear its own attorneys' fees and costs.

**SO ORDERED.**

Date: <u>  9/4/12  </u>

*[Signature of Judge Edward M. Chen – IT IS SO ORDERED – United States District Court, Northern District of California seal]*

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 29, 2012.

*/s/ Elizabeth C. Pritzker*
Elizabeth C. Pritzker